BEFORE THE SECOND DIVISION, FEBRUARY 14, 1947

**No. 51564.**—Protests 654122–G, etc., of Julius Kayser & Co. (New York).

Opinion by KINCHELOE, J.   It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333).   In accordance therewith the claim of the plaintiffs was sustained.

BEFORE THE THIRD DIVISION, FEBRUARY 14, 1947

**No. 51565.**—Protests 33191–K, etc., of Matson Navigation Co. et al. (Honolulu, etc.).

Opinion by CLINE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 51566.**—Protest 83272–K of Douglas Lorie (New York).

Opinion by EKWALL, J.   In accordance with stipulation of counsel the court found that the facts herein agreed upon were such as to bring the case within the holding in *John Barr* v. *United States* (11 Cust. Ct. 88, C. D. 801), which record was incorporated herein.   (See *John Barr* v. *United States*, 324 U. S. 83.) In accordance therewith it was held that the currency of the invoices should be converted at the buying rate in the New York market at noon on the day of exportation (the "free" rate of exchange for pounds sterling), as certified by the Federal Reserve bank and set forth by the collector on the entry.   The protest was sustained to this extent.

FEBRUARY 14, 1947

**No. 51567.**—SUIT 4548.—

*United States* v. *V. P. Roberts & Co.*   C. D. 988 affirmed January 7, 1947. C. A. D. 356.